IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TY CLEVENGER,

    Plaintiff,

  v.

GREGORY P. DRESSER, *et al.*,

    Defendants.

No. C 17-02798 WHA

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

For the reasons stated on the record at the hearing on June 1, plaintiff Ty Clevenger's motion for a temporary restraining order and preliminary injunction is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 2, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE